```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 34114
   CHARLOTTE M MITCHELL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-5657
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 09/14/2004 and was confirmed 04/27/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was paid in full 02/09/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 22032.45 | .00 | 22032.45 |
| LAKE TERRACE CONDO ASSN | SECURED | 2094.17 | 368.10 | 2094.17 |
| WELLS FARGO FINANCIAL IL | SECURED | 430.00 | 44.55 | 430.00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 2690.72 | .00 | 2690.72 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 2450.18 | .00 | 2450.18 |
| LAKE TERRACE CONDO ASSN | UNSECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | FILED LATE | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | SECURED NOT I | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,034.20 | | 2,034.20 |
| TOM VAUGHN | TRUSTEE | | | 2,072.82 |
| DEBTOR REFUND | REFUND | | | 1,170.39 |

Summary of Receipts and Disbursements:

---

| | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 35,387.58 | |
| PRIORITY | | .00 |
| SECURED | | 24,556.62 |
|    INTEREST | | 412.65 |
| UNSECURED | | 5,140.90 |
| ADMINISTRATIVE | | 2,034.20 |
| TRUSTEE COMPENSATION | | 2,072.82 |
| DEBTOR REFUND | | 1,170.39 |
| TOTALS | 35,387.58 | 35,387.58 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/09/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |